■ DAVID HAWTHORNE, as Administrator of the Estate of FREDERICK HAWTHORNE, Deceased v MICHAEL O'KEEFE et al.—Motion for reconsideration granted, without costs, only to the extent set forth. There is nothing in the record to indicate that any complaint against defendant O'Keefe was ever dismissed, and he is not a party to this appeal. Therefore, the final sentence of the order of June 10, 1976 will be amended by striking the word "defendants", substituting therefor "defendant Humble Leasing Company". The application for specific permission to plaintiff to serve an amended complaint in the manner circumscribed by the last paragraph of Justice Frank's order entered June 13, 1975 is denied as not properly before us. Defendant Humble's counsel apparently does not contest that right, and we know of no other challenge thereto. Concur—Stevens, P. J., Markewich, Kupferman, Birns and Capozzoli, JJ.

■ MGD GRAPHIC SYSTEMS, INC. v NEW YORK PRESS PUBLISHING CO., INC.—Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted, and the following question certified: "Was the order of this Court, which reversed the order of the Supreme Court, properly made?" Concur—Markewich, J. P., Lupiano, Birns and Capozzoli, JJ.

## (September 23, 1976)

■ In the Matter of the Estate of WENDELL L. WILLKIE, Deceased. VIRGINIA Z. WILLKIE et al., as Executrices, Appellants; BENJAMIN J. WILLKIE and Others by JOHN J. SWEENEY, Their Guardian ad Litem, Respondents; PHILIP H. WILLKIE, Respondent; WENDELL L. WILLKIE, II, Intervenor-Respondent-Respondent.—Decree of the Surrogate's Court, New York County, entered on May 21, 1975, unanimously affirmed on the opinion of Di Falco, S., with $60 costs and disbursements payable to all parties appearing separately and filing separate briefs, payable out of the trust estate. Concur —Stevens, P. J., Markewich, Lane, Nunez and Lynch, JJ.

■ DAVID N. MUIRHEAD, an Infant, by DAVID F. MUIRHEAD, His Parent, Appellant, v F. & F. TAXI, INC., Respondent, et al., Defendants.—Order, Supreme Court, New York County, entered on August 26, 1975, unanimously affirmed for the reasons stated in the memorandum opinion of Helman, J., at Special Term. Respondent shall recover of appellants $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Lane, Nunez and Lynch, JJ.

■ TRAVELERS MAINTENANCE, INC., Appellant, v LOCAL 32J, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, Respondent.—Order and judgment (one paper), Supreme Court, New York County, entered on April 20, 1976, unanimously affirmed for the reasons stated by Tierney, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Lane, Nunez and Lynch, JJ.

■ In the Matter of JAMES E. EAGAN et al, Appellants, v ABRAHAM D. BEAME et al., Respondents.—Judgment, Supreme Court, New York County, entered on October 7, 1975, unanimously affirmed, on opinion of Fein, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Lane, Nunez and Lynch, JJ.